UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 14-1093-JGB (DTBx) | Date | July 11, 2014 |
| Title | *Gina Powell v. Wells Fargo Bank, N.A., et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Minute Order (1) GRANTING Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. No. 7) and (2) VACATING the July 28, 2014 Hearing (IN CHAMBERS)**

      The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion," Doc. No. 7) filed by Defendant Wells Fargo Bank, N.A. ("Defendant"). Defendant's Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

      Plaintiff Gina Powell ("Plaintiff") filed her Complaint against Defendants Wells Fargo Bank, N.A., NDEX West LLC, the Successors and Assigns of World Savings Bank, the Successors and Assigns of Wachovia, and Does 1 through 20 inclusive, in the Superior Court for the State of California, County of Riverside on March 26, 2014. (Doc. No. 1, Ex. A.) Defendant removed the action to this Court on May 30, 2014. (Doc. No. 1.) On June 6, 2014, Defendant Wells Fargo Bank Southwest, N.A. (also erroneously sued separately as The Successors and Assigns of World Savings Bank and The Successors and Assigns of Wachovia) filed a Motion to Dismiss. (Doc. No. 7.) Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Plaintiff filed no timely opposition. Under Local Rule 7-12, the Court finds Plaintiff has consented to the granting of the Motion.

      The Court therefore GRANTS Defendants' Motion and DISMISSES Defendants Wells Fargo Bank, N.A., the Successors and Assigns of World Savings Bank, and the Successors and Assigns of Wachovia from Plaintiff's Complaint WITHOUT PREJUDICE. The July 28, 2014 hearing on the Motion is VACATED.

**IT IS SO ORDERED.**